IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 08-cv-01787-CMA-MEH | Date: November 20, 2008 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom C203** |

COLORADO CITIZENS AGAINST TOXIC        Travis Earl Stills
WASTE, INC., and
ROCKY MOUNTAIN CLEAN AIR ACTION,

     Plaintiffs,

vs.

STEPHEN L. JOHNSON,                                                    Laurel Anne Bedig

     Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC STATUS CONFERENCE/MOTION HEARING**

**Court in session:** 9:30 a.m.

Court calls case. Appearances of counsel. Also present: Sharon Cunningham and Jerry Nichols.

Discussion regarding Plaintiffs' Motion to Stay Briefing to Allow Plaintiff to Conduct Limited Discovery Regarding Jurisdiction (**Doc. #8, filed 11/12/08**). Ms. Bedig requests that Defendants' Response deadline be extended to December 16, 2008. Mr. Stills has no objection to the extension of time.

**ORDERED:** Defendants' Response to Plaintiffs' Motion to Stay Briefing to Allow Plaintiff to Conduct Limited Discovery Regarding Jurisdiction (**Doc. #8, filed 11/12/08**) shall be filed on or before **December 16, 2008**. Plaintiffs' Reply to the Response shall be filed on or before **January 16, 2009.**

Discussion regarding the Joint Motion to Continue Rule 16(b) Scheduling Conference; Postpone the Requirements of the Court's Order of August 26, 2008, including the requirements of Rule 26(f); Stay Briefing on EPA's Motion to Dismiss Pending Disposition of Plaintiff's Motion to Stay Briefing and for Discovery; and Stay Discovery until Plaintiffs' Motion is Fully Briefed and Decided (**Doc. #9, filed 11/13/08).**

**ORDERED:** 1. For reasons stated on the record, the Joint Motion to Continue Rule 16(b) Scheduling Conference; Postpone the Requirements of the Court's Order of August 26, 2008, including the requirements of Rule 26(f); Stay Briefing on EPA's Motion to Dismiss Pending Disposition of Plaintiff's Motion to Stay Briefing and for Discovery; and Stay Discovery until Plaintiffs' Motion is Fully Briefed and Decided **(Doc. #9, filed 11/13/08)** is GRANTED in its entirety.

2. The Scheduling Conference set for November 20, 2008, is VACATED and RESET go **January 26, 2009, at 9:15 a.m.** Counsel may appear by telephone are directed to initiate a conference call to Judge Hegarty's chambers at (303)844-4507 at the time of the conference in order to participate.

**Court in recess:** **9:40 a.m. (Hearing concluded)**
**Total time in court:** 0:10