IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 08-cv-01787-CMA-MEH | Date:  May 7, 2009 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom C203** |

| | |
|---|---|
| COLORADO CITIZENS AGAINST<br>TOXIC WASTE, INC., and<br>ROCKY MOUNTAIN CLEAN AIR ACTION, | Travis Stills |
| Plaintiffs, | |
| vs. | |
| STEPHEN L. JOHNSON, | Laurel Bedig |
| Defendant. | |

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC MOTION HEARING**

**Court in session:**   10:24 a.m.

Court calls case.  Appearances of counsel by telephone.

Argument and discussion regarding Defendant's Motion to Postpone Settlement Conference (Doc. #27, filed 5/4/09).

**ORDERED:**   Defendant's Motion to Postpone Settlement Conference (Doc. #27, filed 5/4/09) is GRANTED.  The Settlement Conference set for May 8, 2009, is VACATED and RESET to **June 4, 2009, at 1:00 p.m.**  Counsel shall submit updated confidential settlement statements by **June 2, 2009.**

**Court in recess:**       10:38 a.m.   (Hearing concluded)
**Total time in court:**  0:14