## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Christine M. Arguello

Civil Action No. 08-cv-01787-CMA-MEH

COLORADO CITIZENS AGAINST TOXIC WASTE, INC.,
a Colorado non-profit corporation, and
ROCKY MOUNTAIN CLEAN AIR ACTION, a Colorado non-profit corporation,

    Plaintiffs,

v.

STEPHEN L. JOHNSON, in his official capacity as Administrator, Environmental Protection Agency, a federal agency,

    Defendant.

## ORDER TO ADMINISTRATIVELY CLOSE CASE

    This matter is before the Court on the parties' Joint Motion for Stay (Doc. # 36). Having reviewed the notice of settlement, the motion for stay, and the case file, the Court hereby

    ORDERS that, in lieu of the parties' request to stay, this case shall be ADMINISTRATIVELY CLOSED.  It is

    FURTHER ORDERED that the parties will be permitted to file the necessary papers to re-open this case within 10 days following notification that the EPA Administrator does not accept the parties' settlement agreement.

    DATED:  September   30  , 2009

                                          BY THE COURT:

                                          _____
                                          CHRISTINE M. ARGUELLO
                                          United States District Judge